**Thomas Guy McLEMORE, Sr.,**
**Plaintiff–Appellant,**

v.

**BEACH FORD, INCORPORATED,**
**a Virginia Corporation,**
**Defendant–Appellee.**

No. 02–1234.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 19, 2002.

Christopher Colt North, Newport News, Virginia, for Appellant. Thomas M. Lucas, Kristina H. Vaquera, Troutman Sanders, L.L.P., Norfolk, Virginia, for Appellee.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Thomas Guy McLemore appeals from the district court's order granting summary judgment to Defendant in this action alleging age discrimination in employment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McLemore v. Beach Ford, Inc.,* No. CA–01–283–1 (E.D.Va. Feb. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*